■ DONALD B. RITTS, Appellant, v. JAMES P. WILMOT, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order

of Monroe Special Term granting defendant's motion to strike out the reply and the amended reply of plaintiff.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.